# MEMORANDUM

DATE:      May 11, 2005

TO:        Judge Anthony W. Ishii

FROM:      Angela Alvarez
           Electronic Court Recorder Operator


RE:        REQUEST FOR EXTENSION OF TIME
           USA v.s. Lynda Nolder
           CR 05-94 AWI
           Magistrate Appeal


**I would respectfully request extension of time to May 23, 2005, in order to have the requested hearings transcribed.**  Pat Petrilla the courts transcriber has completed two of three volumes of the transcript. Pat has advised me that the transcripts will be completed by 5/20/05.

Thank you in advance for your consideration in this matter.


           IT IS SO ORDERED.

**Dated:   May 12, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE