QUIN DENVIR, Bar #49374
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LYNDA LEA NOLDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-Cr-00094 AWI |
|---|---|---|
| Plaintiff-Appellee, | ) | STIPULATION TO CONTINUE BRIEFING SCHEDULE AND ORDER THEREON |
| v. | ) | Judge: Hon. Anthony W. Ishii |
| LYNDA LEA NOLDER, | ) | |
| Defendant-Appellant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that pursuant to the Order made May 12, 2005, extending the Court Reporter's time for filing of transcripts in this matter, a new briefing schedule may be set as follows:

| **Present Schedule** | **Event** | **Revised Schedule** |
|---|---|---|
| May 15, 2005 | Appellant's Opening Brief | June 13, 2005 |
| June 5, 2005 | Government's Brief | July 5, 2005 |
| June 13, 2005 | Appellant's Optional Reply Brief | July 12, 2005 |

DATED: May 16, 2005                                      DATED: May 16, 2005

McGREGOR W. SCOTT                                        QUIN DENVIR
United States Attorney                                   Federal Defender

(Placement of signature authorized by Stanley A. Boone.)
/s/ Stanley A. Boone                                     /s/ Carrie S. Leonetti
STANLEY A. BOONE                                         CARRIE S. LEONETTI
Assistant United States Attorney                         Assistant Federal Defender
Counsel for Plaintiff-Appellee                           Attorney for Defendant-Appellant
                                                         HOLLY WAZELLE

Stipulation to Continue Briefing
Schedule and [Proposed] Order Thereon

1

**ORDER**

2  IT IS SO ORDERED.

3  **Dated:   May 16, 2005**                              **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Briefing
Schedule and [Proposed] Order Thereon