1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   DAVID L. GAPPA
3  Assistant U.S. Attorney
   3654 Federal Building
4  1130 "O" Street
5  Fresno, California  93721
   Telephone:  (559) 498-7272
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                     EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   1:05 CR-00094-AWI
                                   )
12            Plaintiff-Appellee,  )
                                   )   MOTION TO CONTINUE APPELLEE'S
13       v.                        )   BRIEF AND ORDER
                                   )
14 LYNDA NOLDER,                   )
                                   )
15            Defendant-Appellant. )
                                   )
16                                 )
17 _____)

18      The United States of America, by and through McGregor W. Scott, United States Attorney, and

19 Stanley A. Boone, Assistant United States Attorney, respectfully moves this court for an order

20 continuing the filing of appellee's brief from July 5, 2005 to **August 5, 2005**.  The appellant's reply brief

21 //
22 //
23 //
24 //
25 //
26 //
27
28
                                        1

will be due **August 12, 2005**.  This continuation is necessary to allow the government to complete work on it's brief.

      The Defendant, by and through his attorney, Mark A. Lizarraga, does not oppose this motion.

Dated: _____                         Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

                                                 By_____
                                                    STANLEY A. BOONE
                                                    Assistant U.S. Attorney

                                                   **ORDER**

      IT IS HEREBY ORDERED that the appellee's brief scheduled to be filed on July 5, 2005 shall be continued until **August 5, 2005** and the appellant's reply brief shall be continued until **August 12, 2004**.

IT IS SO ORDERED.

**Dated:  July 5, 2005**                                /s/ **Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE