IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR-F-05-0094-AWI |
| ) | |
| Plaintiff,       ) | ORDER CONTINUING MOTION |
| ) | HEARING |
| ) | |
| v.       ) | |
| ) | |
| LYNDA LEA NOLDER,       ) | |
| ) | |
| Defendant.       ) | |
| ) | |
| _____ ) | |

   Per the parties stipulation, IT IS HEREBY ORDERED that the filing of appellee's brief due August 5, 2005 shall be continued to August 19, 2005 and the appellant's reply brief shall be due by August 26, 2005.

IT IS SO ORDERED.

**Dated:   August 10, 2005**                        **/s/ Anthony W. Ishii**
0m8i78                                                           UNITED STATES DISTRICT JUDGE